# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ROBERT CARTER,

        Plaintiff,

v.

SCOTT RUSSELL, et al.,

        Defendants.

CASE NO. C11-5484BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 15. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Defendants Scott Russell and Eldon Vail's motion to dismiss for failure to state a claim upon which relief can be granted and motion to stay discovery are **GRANTED**.

Dated this 2nd day of December, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER