UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT CARTER,

        Plaintiff,

v.

JOHN AND JANE DOE,

        Defendants.

CASE NO. C11-5484BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The remaining Defendants, John and Jane Doe, are **DISMISSED without prejudice** and this action is **CLOSED**.

Dated this 12th day of March, 2012.

                        BENJAMIN H. SETTLE
                        United States District Judge